**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STEVEN HIMMELMAN, | ) | |
| | ) | Case No. 24-00574 |
| *Debtor.* | ) | |
| _____ ) | | Hon. Deborah L. Thorne |

**NOTICE OF MOTION**

TO:     ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 10th day of July, 2024 at 1:00 p.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Deborah L. Thorne, Bankruptcy Judge, or before any other Judge who may be sitting in her place, either in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and shall present the **Motion To Authorize Examination Of The Debtor And Third Parties Pursuant To Federal Rule Of Bankruptcy Procedure 2004 And Local Rule 9013-9(B)(5),** a copy of which is attached hereto and herewith served upon you.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person**.

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669 254-5252 or 1-646- 828-7666. Then enter the meeting ID and password.

**Meeting ID and passcode**. The meeting ID for this hearing is 160 9362 1728 and no passcode is required. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/Brian P. Welch

**CREDITORS' COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 6307292)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., Suite 2100,
Chicago, Illinois 60611

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STEVEN HIMMELMAN, | ) | |
| | ) | Case No. 24-00574 |
| *Debtor.* | ) | |
| _____ ) | | Hon. Deborah L. Thorne |

## <u>CERTIFICATE OF SERVICE</u>

[ ] an attorney, certify

-or-

[x] an non-attorney, declare under penalty of perjury under the laws of the United States of America

that a copy of this **Notice of Motion** and attached **Motion** was served on the attached service list via the Court's Electronic Filing System (ECF), <u>to all who are entitled to receive such notice</u>, and that a copy of the **Notice of Motion** and attached **Motion**, was served to all parties on the attached service list, via U.S. Regular Mail, properly addressed, postage prepaid, on the 21st day of June 2024.

/s/Graciela Balderas_____

## SERVICE LIST

**Via ECF:**

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
*Via ECF*

Jon J Lieberman
Sottile and Barile
394 Wards Corner Road
Loveland, OH 45140
*Via ECF*

Ariel Weissberg
Weissberg and Associates, Ltd.
125 South Wacker Drive
Suite 300
Chicago, IL 60606
*Via ECF*

**Via U.S. Mail**:

Steven Himmelman
3735 N. Trip Avenue
Chicago, IL 60641
*Via U.S. Mail*

Marc Samotny (agent of IAFT LLC, IAFT Gloves, LLC and Lone Ranger Masks, LLC
200 S. WACKER DR., STE 2700
CHICAGO, IL  60606
*Via U.S. Mail*

Marc Samotny (agent of IAFT LLC, IAFT Gloves, LLC and Lone Ranger Masks, LLC
8150 LEHIGH AVE.
MORTON GROVE, IL 60053
*Via U.S. Mail*

Patrick Clancy
(agent of Tamarta Partners LLC)
321 N CLARK ST STE 2200
CHICAGO, IL 60654-4614
*Via U.S. Mail*

Tamarta Partners LLC
Steve Himmelman
2772 SHANNON ROAD
NORTHBROOK, IL 60062
*Via U.S. Mail*

Tamarta Partners LLC
Joe Fusco
2772 Shannon Rd.
Northbrook, IL 60062
*Via U.S. Mail*

Tamarta Partners LLC
Steve Himmelman
1000 East Van Buren St.
Brownsville, TX 78520
*Via U.S. Mail*

Tamarta Partners LLC
Joe Fusco
1000 East Van Buren St.
Brownsville, TX 78520
*Via U.S. Mail*

Jupiter Financial Services, Inc.
Sean Coburn, President
18 US Hwy 1, Suite 202
TEQUESTA, FL 33469
*Via U.S. Mail*

Jupiter Financial Services, Inc.
7533 S CENTER VIEW CTSTE R
West Jordan, UT 84084
*Via U.S. Mail*

Jupiter Financial Services, Inc.
Michael Coburn, Secretary
7533 S CENTER VIEW CTSTE R
West Jordan, UT 84084
*Via U.S. Mail*

Sean Coburn, President of Jupiter Financial
Services LLC
7533 S CENTER VIEW CTSTE R
West Jordan, UT 84084
*Via U.S. Mail*

Sean Coburn, President of Jupiter Financial
Services LLC dba Jupiter Equipment Finance
218 S US Highway 1, Ste 202
Tequesta, FL 33469
*Via U.S. Mail*

Tamarta Ventures LLC
Steve Himmelman
103 S Woodrow Lane Ste 3
Denton, TX 76205-6309
*Via U.S. Mail*

Tamarta Ventures LLC
Joseph Fusco
2772 Shannon Rd
Northbrook, IL 60062 USA
*Via U.S. Mail*

Black Dutch Mangement LLC
103 South Woodrow, Suite C
Denton, Texas 76205
*Via U.S. Mail*

Martin V. Fleming, agent and managing
director of Black Dutch Management LLC
7675 Fallmeadow Lane
Dallas, TX, 75248, USA
*Via U.S. Mail*

The Corporate Trust Company
(agent of Impero Group LLC)
1209 ORANGE ST.
WILMINGTON, DE, 19801
*Via U.S. Mail*

Impero Group LLC
Todd D. Rich (Manager)
1500 N Halsted FL2
Chicago, IL 60642
*Via U.S. Mail*

Impero Investment Management LLC
Robert Tamillo (Manager)
1500 N Halsted, FL2
Chicago, IL 60642
*Via U.S. Mail*

Impero Capital Holdings LLC (DE corp)
Corporation Service Company
(Registered Agent)
251 Little Falls Drive
Wilmington, DE 19808
*Via U.S. Mail*

Impero Capital Holdings LLC (FL corp)
301 E. Pine Street, Ste 1400
Orlando, FL 32801
*Via U.S. Mail*

Impero Capital Holdings LLC (FL corp)
Empire International Holdings, LLC
 333 N Sam Houston Pkwy E Ste 100,
Houston, TX 77060
*Via U.S. Mail*

Empire International Holdings, LLC
108 WEST 13TH ST
Wilmington, DE, 19801
*Via U.S. Mail*

Impero Capital LLC
Robert Tamillo (Agent/Manager)
58 N Larrabee ST APT 821
Chicago, IL 60654-6453
*Via U.S. Mail*

Impero Capital Management LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Via U.S. Mail*

Impero FL Apartments Fund LLC
1500 N Halsted FL2
Chicago, IL 60642
*Via U.S. Mail*

Tucker Thoni
301 E. Pine Street, Suite 1400
Orlando, FL 32801
*Via U.S. Mail*

Empire International Holdings, LLC
(Delaware)
108 WEST 13TH ST
Wilmington, New Castle, DE, 19801
*Via U.S. Mail*

Empire International Holdings, LLC (Texas)
333 N Sam Houston Pkwy E Ste 100
Houston, TX 77060
*Via U.S. Mail*

Empire Holding International Limited,
a UK company
35 Firs Avenue, London, N11 3NE
*Via U.S. Mail*

Empire International Trust, a Bermuda
Company
Maintained by Appleby Services (Bermuda)
Canon's Court, 22 Victoria Street
Hamilton HM 12 Bermuda
*Via U.S. Mail*

Impero Construction LLC
Joseph Procopio, President
6902 W Creek Dr.
Tampa, FL, 33615
*Via U.S. Mail*

Mario Rusello
Impero Construction, Inc.
33024 US Hwy 19 North
Palm Harbor FL 34684
*Via U.S. Mail*

Joseph Procopio
6902 W Creek Dr.
Tampa, FL, 33615
*Via U.S. Mail*

Robert Tamillo
1500 N Halsted, FL2
Chicago, IL 60642
*Via U.S. Mail*

Todd D Rich LLC
David W Silver
423 N. Central Ave., Ste. 106
Northfield, IL 60093
*Via U.S. Mail*

Todd D. Rich LLC
Todd Rich, Manager
538 W. Armitage
Chicago, IL 60614
*Via U.S. Mail*

Todd D. Rich, LLC
440 S, LaSalle St., Ste. 1600
Chicago, IL 60605
*Via U.S. Mail*

Shendell and Pollack
2700 N. Military Tr., Ste. 150
Boca Raton, FL 33431
*Via U.S. Mail*

Ronald Thauer
4800 A1A #302
Vero Beach, FL 32963
*Via U.S. Mail*

Robert Breit
501 N. Clinton, Ste. 3303
Chicago, IL 60654
*Via U.S. Mail*

Randy Abeles
7896 Palencia Way
Delray Beach, FL 33446
*Via U.S. Mail*

Kaplan & Gournis, PC
180 N. LaSalle St., Ste. 2108
Chicago, IL 60601
*Via U.S. Mail*

Don Williams
37329 Meridian Ave., Unit 104
Dade City, FL 33525
*Via U.S. Mail*

Sterilis Solutions, LLC
351 W. Hubbard St, Ste 610
Chicago, IL 60654
*Via U.S. Mail*

Eleven Eleven Heritage LLC
c/o Lorena Feldman
19790 W. Dixie Hwy, Ste. 1111
Miami Fl 33180
*Via U.S. Mail*

Eleven Eleven Heritage LLC
2719 Hollywood Blvd. #253
Hollywood, FL 33020
*Via U.S. Mail*

Eleven Eleven Heritage LLC
20335 W. Country Club Dr.
Aventura, FL 33180
*Via U.S. Mail*

Viking USA LLC
5700 Canoga Ave., Ste. 200
Woodland Hills, CA 91367
*Via U.S. Mail*

Todd D. Rich
538 W. Armitage
Chicago, IL 60614
*Via U.S. Mail*

IAFT LLC (IL Corp)
Steve Neal Himmelman, manager
3735 N. Tripp
Chicago, IL 60641
*Via U.S. Mail*

IAFT HOLDINGS PTY, LTD,
an Australia Company
Ibrahim Ayache, Director,
49 Beaconsfield Street, Bexley NSW 2207,
New South Wales, Australia
*Via U.S. Mail*

Michael Rosenstein,
President First Chicago Insurance
19667 Turnberry Way Apt 5A
Miami, FL 33180
*Via U.S. Mail*

Brett Rosenstein, Build Accounting
1425 W Belmont Ave Apt 4
Chicago, IL 60657
*Via U.S. Mail*

Valore Investment Fund LLC
440 S Lasalle St STE 3400
 Chicago, IL, 60605
*Via U.S. Mail*

Valore Investment Fund LLC
c/o Todd D. Rich, Manager
538 W. Armitage
Chicago, IL 60614
*Via U.S. Mail*

Valore Fund, LP
Interstate Agent Services, LLC
501 Silverside Road Suite 102
Wilmington, DE 19809
*Via U.S. Mail*

Valore LLC
Raheem Allen (Registered Agent)
11441 S Wallace St
Chicago, IL 60628
*Via U.S. Mail*

Valore LLC
CHEYENNE MOSELEY
101 N Brand Blvd., 11th Floor,
Glendale, CA 91203
*Via U.S. Mail*

Valore Inc
Kevin R Walker (President)
268 Summer Street #502
Boston, MA 02210
*Via U.S. Mail*

Valore Inc
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield ,IL 62703-4261
*Via U.S. Mail*

Valore Investor Fund VI, LP
Northwest Registered Agent Service, Inc.
8 The Green, STE B
Dover, DE 19901
*Via U.S. Mail*

Valore International LLC
A Registered Agent, Inc.
8 The Green, STE A
Dover, DE 19901
*Via U.S. Mail*

Valore Capital PTY, an Australian Corp
14 Payten Street
Putney NSW 2112
*Via U.S. Mail*

Peter Allen Wright
35 Crestmont Rd # 63
Bedminster, NJ 07921
*Via U.S. Mail*

Peter Allen Wright
2699 Pine Ridge Way E Apt C2
Palm Harbor, FL 34684
*Via U.S. Mail*

Peter Anthony Wright
43 Station Loop
Bluffton, SC 2991
*Via U.S. Mail*

Peter Anthony Wright
257 Katherine Blvd #6305
Palm Harbor, FL 34684
*Via U.S. Mail*

JLS Medical Supply LLC
Joseph Sanders, Member
200 Pacific Coast Hwy
Huntington Beach CA 92648
*Via U.S. Mail*

Steven Dennis Himmelman, Sr.
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steven Dennis Himmelman, Sr.
4848 Gebhard Road
Central Point, OR, 97502
*Via U.S. Mail*

Steve Himmelman Construction, Inc.
c/o Steven Dennis Himmelman, Sr.
4848 Gebhard Road
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steve Himmelman Construction, LLC
c/o Steven Dennis Himmelman, Sr., member
4848 Gebhard Road
Central Point, OR, 97502-0040
*Via U.S. Mail*

ACME Concrete Pump, Inc.
c/o Steven Dennis Himmelman, Sr.
4848 Gebhard Road
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steve Himmelman Construction, Inc.
c/o Steven Dennis Himmelman, Sr.
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steve Himmelman Construction, LLC
c/o Steven Dennis Himmelman, Sr., member
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

ACME Concrete Pump, Inc.
c/o Steven Dennis Himmelman, Sr.
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

Carolyn R. Himmelman, member of Steve
Himmelman Construction Inc, Steve
Himmelman Construction LLC and ACME
Concrete Pump Inc
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

Carolyn R. Himmelman
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

Carolyn R. Himmelman
4848 Gebhard Road
Central Point, OR, 97502
*Via U.S. Mail*

Steve Himmelman Construction, Inc.
c/o Carolyn R. Himmelmen
4848 Gebhard Road
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steve Himmelman Construction, LLC
c/o Carolyn Himmelman
4848 Gebhard Road
Central Point, OR, 97502-0040
*Via U.S. Mail*

ACME Concrete Pump, Inc.
c/o Carolyn Himmelman
4848 Gebhard Road
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steve Himmelman Construction, Inc.
c/o Carolyn Himmelman
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

Steve Himmelman Construction, LLC
c/o Carolyn Himmelman
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

ACME Concrete Pump, Inc.
c/o Carolyn Himmelman
P.O. Box 3972
Central Point, OR, 97502-0040
*Via U.S. Mail*

David A. Himmelman
Individually and as Trustee of the David A
Himmelman Trust
384 Tomahawk Dr,
Palm Desert, CA 92211
*Via U.S. Mail*

David A. Himmelman
Individually and as Trustee of the David A
Himmelman Trust
11460 Fairfield Rd W
Hopkins, MN 55305
*Via U.S. Mail*

8

The David Himmelman Family Trust,
registered in Delaware
C/O David Himmelman
384 Tomahawk Dr.
Palm Desert, CA 92211
*Via U.S. Mail*

The David Himmelman Family Trust,
registered in Delaware
Wilmington Trust Company
Rodney Square North
1100 N. Market Street,
Wilmington, New Castle, DE 19890
*Via U.S. Mail*

Richard Paniagua
11440 W. 79th
Burr Ridge, IL 60525
*Via U.S. Mail*

Richard Paniagua
3105 N Lincoln Ave,
Chicago, IL 60657
*Via U.S. Mail*

Stephen W. Himmelman
114 Beachstone Drive
Halifax, NS B3R 0B2 Nova Scotia
*Via U.S. Mail*

Leslie Hall-Sheedy
16414 Abbey Dr,
Bowie, MD 20715
*Via U.S. Mail*

Jason Himmelman
132 Mountain View Trail,
Breckenridge, CO 80424
*Via U.S. Mail*

Meredith Austin Himmelman
aka Meredith Holt
132 Mountain View Trail
Breckenridge, CO 80424
*Via U.S. Mail*

Zachary Himmelman
1760 Airport Rd Unit F
Breckenridge, CO, 80424
*Via U.S. Mail*

Zachary Himmelman
63 Bridge Street,
Breckenridge, CO, 80424
*Via U.S. Mail*

Zachary Himmelman
229 S. Main St.
Breckenridge, CO 80209
*Via U.S. Mail*

Taryn E. Power
208 E. Lincoln Ave.
Breckenridge, CO 80424
*Via U.S. Mail*

Chad Hanley
100 N Main Street # 103
Breckenridge, CO 80424
*Via U.S. Mail*

Rita Himmelman
183 Locals Lane
 Breckenridge, CO 80424
*Via U.S. Mail*

Hollie Himmelman
806 N. Peoria, Ste # 100
Chicago, IL 60642
*Via U.S. Mail*

Hollie Himmelman
3735 N. Tripp
Chicago, IL 60641
*Via U.S. Mail*

Vector International Trading LLC
c/o Robson R. Rezende, managing
member/agent
2020 Ponce De Leon Suite 1007
Coral Gables, FL 33134-4476
*Via U.S. Mail*

Vector International Trading LLC
c/o Robson R. Rezende, managing
member/agent
11700 NW 36 PL
Sunrise, FL 33351
***Via U.S. Mail***

Eugene F. O'Malley
PO Box 51792
Boston, MA 02205
***Via U.S. Mail***

Robson R. Rezende
2020 Ponce De Leon Suite 1007
Coral Gables, FL 33134-4476
***Via U.S. Mail***

Scott David Cook (owner of Fox Hollow
Ventures LLC, a CA corporation)
175 Fox Hollow Rd,
Woodside, CA 94062
***Via U.S. Mail***

Scott David Cook (owner of Fox Hollow
Ventures LLC, a CA corporation)
386 Mountain Home Rd,
Woodside, CA 94062
***Via U.S. Mail***

Fox Hollow Capital Group LLC
Dean Mavrides
18 Roy Place
Ramsey,  NJ  07446
***Via U.S. Mail***

Ronald R. Zimmer (Agent/Manager Fox
Hollow Investments LLC)
5469 Bates Street
Seminole, FL, 33772
***Via U.S. Mail***

Ronald R. Zimmer (Agent/Manager Fox
Hollow Investments LLC)
4207 S Dale Mabry Hwy, Apt. 1103
Tampa FL 33611
***Via U.S. Mail***

Ronald R. Zimmer (Agent/Manager Fox
Hollow Investments LLC)
7719 91st Street
Seminole FL 33777
***Via U.S. Mail***

Lane D. Zimmer (manager of Fox Hollow
Investments LLC)
5469 Bates Street,
Seminole, FL, 33772
***Via U.S. Mail***

Lane D. Zimmer
(manager of Fox Hollow Investments LLC)
10201 Barry Dr
Largo, FL 33774
***Via U.S. Mail***

Lane D. Zimmer (manager of Fox Hollow
Investments LLC)
4207 S Dale Mabry Hwy, APT 1103
Tampa FL 33611
***Via U.S. Mail***

Fox Hollow Holdings Limited,
Mossack Fonseca, (Agent And Shareholder)
24 De Castro Street
Akara Building
Wickhams Cay 1
Road Town; Tortola; British Virgin Islands
***Via U.S. Mail***

Fox Hollow Holdings Limited,
1st Floor, Viking House, St Paul's Square
Ramsey  IM8 1GB
Isle of Man
***Via U.S. Mail***

Henry Vargas
542 Euclid Ave Apt 15,
Miami Beach, 33139 Florida
***Via U.S. Mail***

Val Laguatan
187 E. Warm Springs Rd.
Suite B422
Las Vegas, Nv, 89119
***Via U.S. Mail***

Val Laguatan
165 Matisse Cir Aliso
Viejo Ca 92656
***Via U.S. Mail***

Freddy Vaca
1545 North Buckner Boulevard
Dallas, TX, 75218, USA
***Via U.S. Mail***

Freddy Vaca
1012 Bending Oak Drive
Cedar Hill, TX  75104
***Via U.S. Mail***

Freddy Vaca
14665 Midway Rd.
Addison,  Texas 75001
***Via U.S. Mail***

Nina Vaca
5501 Lyndon B Johnson Freeway Suite 600
Dallas, Tx, 75240
***Via U.S. Mail***

Nina Vaca
8508 San Fernando Way
Dallas, TX 75218
***Via U.S. Mail***

Steve Mihaljevic
6348 N Milwaukee Ave, Suite 341
Chicago, IL 60646
***Via U.S. Mail***

Deanna Roth
7500 College Blvd., Suite 150
Overland Park KS 66210
***Via U.S. Mail***

Deanna Roth, CAP
4925 Stone Falls Center, Suite A
O'Fallon, IL 62269
***Via U.S. Mail***

FGR Partners One, Inc.
c/o Peter Del Mastro
1000 East Van Buren Street
Brownsville, Texas 78520
***Via U.S. Mail***

Peter Del Mastro
1000 East Van Buren Street
Brownsville, Texas 78520
***Via U.S. Mail***

Lane D. Zimmer  (manager of Fox Hollow
Investments LLC)
4501 Gulfwinds Drive
Lutz FL 33558
***Via U.S. Mail***

FGR Partners One, Inc (Texas Corp)
P.O. BOX 132
Weldon, IL 61882-0132
***Via U.S. Mail***

Franklin Global Finance Limited,
Mossack Fonseca, (Agent)
Mossfon Building  Calle 54 Este
Panama City, Panama
***Via U.S. Mail***

Franklin Global Finance Limited,
Jürgen Mossack
Mossfon Building  Calle 54 Este
Panama City, Panama
***Via U.S. Mail***

Viktoras Kaunas,
(President, Viking Trans LLC)
Viking Trans LLC
9S110 S Frontage Rd., Apt 104
Willowbrook, IL 60527
*Via U.S. Mail*

DC3 Global LLC, Ste r
Daniel Catullo (Manager)
5150 Teesdale Ave
Valley Village, CA 91607
*Via U.S. Mail*

DC3 Global LLC,
Peter Bowons  (Manager)
24012 Chestnut Way,
Calabasas, CA 91302
*Via U.S. Mail*

EchoTrade
Corporation Service Company
(Registered Agent)
8825 N 23rd Avenue, Suite 100
Phoenix, AZ, 85021
*Via U.S. Mail*

EchoTrade
251 Little Falls Drive, Wilmington,
New Castle, DE, 19808
*Via U.S. Mail*

EchoTrade
8825 N 23rd Avenue, Suite 100
Phoenix, AZ   85021
*Via U.S. Mail*

Ocwen Loan Services LLC
251 Little Falls Drive, Wilmington,
New Castle, DE, 19808
*Via U.S. Mail*

Ocwen Loan Servicing, LLC
18306 Bubbling Spring Ter,
Boyds, MD, 20841
*Via U.S. Mail*

PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416
*Via U.S. Mail*

William Kindoff, III - agent for both in W&H
Trading Consultants LLC and H&W Trading
Consultants LLC
440 S Lasalle Ste 1569
Chicago, IL, 60605
*Via U.S. Mail*

Bruce Wisner (manager of H&W Trading
Consultants LLC and W&H Trading
Consultants LLC with Steve N. Himmelman)
724 N West St.
Wheaton, IL 60187
*Via U.S. Mail*

Bruce Wisner (manager of H&W Trading
Consultants LLC and W&H Trading
Consultants LLC with Steve N. Himmelman)
440 S Lasalle Ste 1569
Chicago, IL, 60605
*Via U.S. Mail*

Robert B. Kingsly
(agent for HK Capital LLC)
440 S Lasalle, Ste #3428,
Chicago, IL 60605
*Via U.S. Mail*

Robert B. Kingsly
(agent for HK Capital LLC)
400 E Randolph Suite 3428
Chicago, IL 60601
*Via U.S. Mail*

Ronald Himmelman
466 Madison Avenue,
Glencoe, IL 60022-1857
*Via U.S. Mail*

Richard Himmelman
466 Madison Avenue,
Glencoe, IL 60022-1857
*Via U.S. Mail*

Development in Motion Company, Inc.
151 North Nob Hill Road, Suite 381
Plantation, FL 33324
*Via U.S. Mail*

Wells Fargo Bank, National Association
c/o PHH Mortgage Corporation
Attn: Bankruptcy Department
PO Box 24605
West Palm Beach, FL 33416-4605
*Via U.S. Mail*

Tzvi Himmelman
Zerach Barnett 12
Apt. 15 (Fifth Floor)
Jerusalem, Israel
*Via U.S. Mail*

Burling Bank
The Board of Trade Building
141 W. Jackson Blvd.
Chicago, IL 60604
 *Via U.S. Mail*

Connexion Partners LLC
2772 Shannon Rd.
Northbrook, IL 60062
*Via U.S. Mail*

Gordon Carter
1605 N. 23rd St.
Tampa, FL 33605
*Via U.S. Mail*

Franklin Global Finance Limited
Attn: Jurgen Mossack
c/o Mossack Fonseca,  (Agent)
Mossfon Building
Calle 54 Este,
Panama City, Panama
*Via U.S. Mail*

Blue Diamond Trading LLC
440 S. LaSalle St., Suite 3100
Chicago, IL 60605
*Via U.S. Mail*

Black Dutch Standard Trading Inc.
#3 Cable Beach Court
West Bay Street, New Providence,
New Providence, NASSAU,
PO Box: AP-59223 SLOT 368, Bahamas
*Via U.S. Mail*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| STEVEN HIMMELMAN, | ) | |
| | ) | Case No. 24-00574 |
| *Debtor.* | ) | |
| _____ ) | | Hon. Deborah L. Thorne |

**MOTION TO AUTHORIZE EXAMINATION OF THE DEBTOR
AND THIRD PARTIES PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 9013-9(B)(5)**

Canobinoti, LLC and David Ocomo (the "Claimants"), hereby request that this Court enter an order, pursuant to Fed. R. Bankr. P. 2004 and Local Rule 9013-9(B)(5), authorizing the Claimants to serve subpoenas on the Debtor and various third parties to obtain documents relating to the acts, conduct, property, liabilities and financial affairs of the debtor, STEVEN HIMMELMAN (the "Debtor").  In support of this Motion, the Claimants respectfully state as follows:

**Jurisdiction and Venue**

1.     By this Motion, Claimants seek authority from this Court, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, to issue Subpoenas for Rule 2004 Examination of various 2004 Parties (as that term is defined below) to obtain documents and, if necessary, conduct depositions relating to the acts, conduct, property, liabilities and financial affairs of the Debtor.

2.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

3.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.     The statutory predicate for the relief requested herein is Rule 2004 of the Federal Rules of Bankruptcy Procedure.

1

**Introduction and Background**

5.      On January 20, 2022, the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida (the "Florida Court") entered a Final Judgment (the "Judgment") in Case No. CACE20220968 (the "Florida Case") in the amount of $24,353,207.78 (the "Judgment Amount") against a number of defendants, including the Debtor, jointly and severally, and in favor of the Claimants.  The Judgment accrues post-judgment interest at the rate of 4.25% per year and subject to adjustment pursuant to Fla. Stat. § 55.30.

6.      As of January 16, 2024 (the "Petition Date"), interest had accrued on the Judgment Amount in the amount of $2,055,844.42, for a total claim in the amount of $26,409,052.20 (the "Claim").

7.      The Claim is secured by all of the Debtors' real and personal property.  *See* [Claim No. 2-1].

8.      On the Petition Date, the Debtor filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code'), commencing the above-captioned bankruptcy case (the "Bankruptcy Case').

9.      In the Debtor's Schedules and Statement of Financial Affairs, the

**Relief Requested**

10.     By this Motion, the Claimants seek to authority, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, to issue Subpoenas to the parties listed below seeking the information contained in the Rider in a form similar to the Rider attached to this Motion as **Exhibit A**:

- The Debtor;
- David Himmelman
- Hollie Himmelman
- Jason Himmelman

2

- Rita Himmelman
- Tzvi Himmelman
- Development in Motion Company, Inc.
- IAFT LLC
- IAFT Gloves, LLC
- Marc Samotny
- Lone Ranger Masks, LLC
- Tamarta Partners LLC, Illinois
- Tamarta Partners, LLC, Texas
- Patrick Clancy
- Joseph Fusco
- Tamarta Ventures LLC
- Impero Group LLC
- The Corporate Trust Company
- Jupiter Financial LLC
- Jupiter Financial Services Inc., Florida
- Jupiter Financial Services, Inc., Utah
- Sean Coburn
- Connexion Partners LLC
- Brett Rosenstein
- Michael Rosenstein
- Valore Investment Fund LLC
- Valore Fund, LP
- Valore LLC
- Valore Inc.
- Valore Investor Fund VI, LP
- Valore International LLC
- Valore Capital PTY, Australia
- Peter Allen Wright
- Peter Anthony Wright
- Impero Construction LLC
- Impero Managers LLC
- Impero Investment Management LLC
- Impero Capital Holdings LLC, Florida
- Impero Capital Holdings LLC, Delaware
- Impero Capital LLC
- Impero Capital Management LLC
- Impero FL Apartments Fund LLC
- Impero Partners LLC
- Tucker Thoni
- Empire International Holdings LLC, Texas Corp
- Empire International Holdings LLC, Delaware Corp
- Empire Holding International Limited, UK company
- Empire International Trust, a Bermuda Company

- Joseph Procopio
- Mario Rusello
- Gordon Carter
- Robert Tamillo
- Michael Rosenstein
- Brett Rosenstein
- IAFT Holdings PTY, Ltd., Australia
- JLS Medical Supply LLC
- Steve Himmelman Construction LLC
- Steve Himmelman Construction Inc.
- ACME Concrete Pump Inc.
- The David Himmelman Family Trust, Delaware
- The Himmelman Family Trust, Australia
- Richard Paniagua
- Stephen W. Himmelman
- Leslie Hall-Sheedy
- Meredith Austin Himmelman a/k/a Meredith Holt
- Zachary Himmelman
- Taryn E. Power
- Chad Hanley
- Vector International Trading LLC
- Robson R. Rezende
- Eugene F. O'Malley
- Vector International Trading LLC
- Fox Hollow Ventures LLC
- Fox Hollow Capital Group LLC
- Fox Hollow Investments LLC
- Fox Hollow Holdings Limited, British Virgin Islands
- Henry Vargas
- Val Laguatan
- Freddy Vaca
- Nina Vaca
- Todd D Rich LLC
- Todd D. Rich
- Black Dutch Management LLC
- Martin V. Fleming
- Steve Mihaljevic
- Deanna Roth
- Franklin Global Finance Limited, New Jersey
- Peter Del Mastro
- Viking Trans LLC
- Viktoras Kaunas
- DC3 Global LLC
- H&W Trading Consultants LLC

4

- W&H Trading Consultants LLC
- William Kindoff, III
- Bruce Wisner
- Robert B. Kingsly
- Blue Diamond Trading LLC
- HK Capital LLC
- Echotrade LLC
- Black Dutch Standard Trading Inc., Bahamas
- Shendell and Pollack
- Ron Thauer
- Robert Breit
- Randy Abeles
- Kaplan & Gournis, PC
- Don Williams
- Sterilis Solutions LLC
- Eleven Eleven Heritage LLC
- FGR Partners One, Inc.
- Viking USA LLC
- Ocwen Loan Services LLC
- PHH Mortgage Services
- HK Capital LLC
- Ronald Himmelman
- Richard Himmelman
- Wells Fargo
- Burling Bank

(hereinafter referred to collectively as the "2004 Parties").

11.     The 2004 Parties consist of the Debtor, the Debtor's family members, companies in which the Debtor is or was an owner, member, manager, officer, director or employee, and/or parties who are either known or believed to be business affiliates of the Debtor.

12.     Additionally, the Claimants seek authority from this Court to compel the attendance of the 2004 Parties (or their representative) at a deposition pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

13.     Pursuant to Fed. R. Bankr. P. 2004(a), the Bankruptcy Court may order the examination of any entity on the motion of a party in interest:

> The scope of such an examination is quite broad, relating to just about anything that deals with the debtor's actions, assets, liabilities or financial affairs, its right to a discharge, or any other matter affecting the administration of the bankruptcy estate. Fed. R. Bankr. P. 2004(b).  It can be as simple as where are the keys to the filing cabinet or as complex as what happened to the money? It may also be used to examine "creditors and third parties who have had dealings with the debtor." *Matter of Wilcher*, 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985).

*In re Sheetz*, 452 B.R. 746, 747-48 (Bankr. N.D. Ind. 2011).

14.     In addition to ordering attendance for an examination, the Court may also compel a party to produce any documents that might relate to the Debtor's financial affairs.  Fed. R. Bankr. P. 2004(c).

15.     Local Rule 9013-9(B)(5) provides that a motion for authority to conduct an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure "will ordinarily be granted without a hearing in the absence of an objection."

16.     Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, the Claimants seek authority to issue subpoenas to the Rule 2004 Parties to obtain documents and, if necessary, compel attendance for examination relating to the acts, conduct, property and financial affairs of the Debtor.

17.     The request for authority to serve 2004 Subpoenas on the 2004 Parties shall not prejudice Claimants from seeking additional authority under Rule 2004 of the Federal Rules of Bankruptcy Procedure to issue further Subpoenas should additional Subpoenas be warranted based upon information received by Claimants during the course of its investigation.

WHEREFORE, Canobinoti, LLC and David Ocomo respectfully request that this Court enter an Order: (i) authorizing the Claimants to issue subpoenas to the Rule 2004 Parties to obtain documents and compel attendance for an examination relating to the acts, conduct, property, and

financial affairs of the Debtor; and (ii) granting such other and further relief as this Court deems

proper under the circumstances.

Respectfully Submitted,

CANOBINOTI, LLC and DAVID OCOMO,
*Creditors*

By: /s/ Brian P. Welch            .
One of their attorneys

**CREDITORS' COUNSEL**:
David K. Welch, Esq. (Atty. No. 06183621)
Brian P. Welch, Esq. (Atty. No. 06307292)
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (Fax)

7