Form G-3 (20240417)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter |
| | ) | |
| | ) | No. |
| | ) | |
| Debtor(s) | ) | Judge |

### NOTICE OF MOTION

TO:  See attached list

      PLEASE TAKE NOTICE that on _____, at _____, I will appear before the Honorable _____,, or any judge sitting in that judge's place, **either** in courtroom _____ of the _____ , _____**or** electronically as described below, and present the motion of _____ [to/for] _____, a copy of which is attached.

      **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

      **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

      **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

      **Meeting ID and passcode.**  The meeting ID for this hearing is _____, and the passcode is _____.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

      **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

      By: _____

# **CERTIFICATE OF SERVICE**

I, _____,

[ ] an attorney, certify

    - or -

[ ] a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on _____, at _____.*

_____
[Signature]

*All applicable boxes must be checked and all blanks filled in.