```
Label Matrix for local noticing          U.S. Bankruptcy Court                    Canobinoti LLC
0752-1                                   Eastern Division                         c/o Joshua Truppman, Esq.
Case 24-00574                            219 S Dearborn                           200 SE 1st Street, Suite 400
Northern District of Illinois            7th Floor                                Miami, FL 33131-1906
Eastern Division                         Chicago, IL 60604-1702
Sat Nov 16 10:27:10 CST 2024

Canobinoti, LLC and David Ocomo          David Himmelman                          David Ocomo
499 NE 37th Street                       384 Tomahawk Drive                       c/o Joshua Truppman, Esq.
Miami, FL 33137-3714                     Palm Desert, CA 92211-8951               200 SE 1st St., Suite 400
                                                                                  Miami, FL 33131-1906


Department of Treasury                   Development in Motion Company, Inc.      Don Williams
Internal Revenue Service                 151 North Nob Hill Road, Suite 381       37329 Meridian Avenue, Unit 104
PO Box 7346                              Plantation, FL 33324-1708                Dade City, FL 33525-3701
Philadelphia, PA 19101-7346


Hollie Himmelman                         Illinois Department of Revenue           Jason Himmelman
3735 N. Trip Avenue                      Attn: Bankruptcy                         Box 6658
Chicago, IL 60641-3040                   45 Eisenhower Dr., Ste 320               Breckenridge, CO 80424-6658
                                         Paramus, NJ 07652-1416


Kaplan & Gournis, PC                     PHH Mortgage Corporation                 Randy Abeles
180 N. LaSalle Street, Suite 2108        c/o ALDRIDGE PITE, LLP                   7896 Palencia Way
Chicago, IL 60601-2701                   8880 Rio San Diego Drive, Suite 725      Delray Beach, FL 33446-4405
                                         San Diego, CA 92108-1619


Real Estate Acquisition Devel Sales      Real Estate Acquisition Development      Richard Woods
140 Jellico Circle                       300 State St., Unit 94032                140 Jellico Circle
Southlake, TX 76092-6804                 Southlake, TX 76092-1272                 Southlake, TX 76092-6804


Rita Himmelman                           Robert Breit, M.D.                       Ron Thauer
P.O. Box 8624                            501 N. Clinton, Suite 3303               4800 A1A #302
Breckenridge, CO 80424-8624              Chicago, IL 60654-8891                   Vero Beach, FL 32963-1221


Shendell & Pollock, PL                   Shendell and Pollock                     Tzvi Himmelman
2700 North Military Trail                2700 N. Military Trail, Suite 150        Zerach Barnett 12
Suite 150                                Boca Raton, FL 33431-1808                Apt. 15 (Fifth Floor)
Boca Raton, FL 33431-1808                                                         Jerusalem, Israel


Wells Fargo Bank N.A.                    Wells Fargo Bank, National Association   Adam Brief
Bankruptcy Dept. MAC X7801-01-014        c/o PHH Mortgage Corporation             Office of the U. S. Trustee, Region 11
3476 Stateview Blvd.                     Attn: Bankruptcy Department              219 South Dearborn
Fort Mill, SC 29715-7203                 PO Box 24605                             Room 873
                                         West Palm Beach, FL 33416-4605          Chicago, IL 60604-2027


Ariel Weissberg                          Steven Himmelman                         Steven R Radtke
Weissberg and Associates, Ltd.           3735 N. Tripp Avenue                     Steve Radtke, Ch 7 Trustee
125 South Wacker Drive                   Chicago, IL 60641-3040                   Chill, Chill & Radtke PC
Suite 300                                                                         2400 N. Lakeview Ave
Chicago, IL 60606-4421                                                            Ste Unit 2502
                                                                                  Chicago, IL 60614-4884
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Canobinoti LLC | (u)PHH Mortgage Corporation | (u)Wells Fargo Bank, National Association as |
| (u)Brian P. Welch | (u)David Ocomo | End of Label Matrix |
| | | Mailable recipients    29 |
| | | Bypassed recipients     5 |
| | | Total                  34 |